1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              | Case No. 2:13-CR-0204 MCE
12 |                         Plaintiff,      |
   |                                         | STIPULATION REGARDING
13 | v.                                      | EXCLUDABLE TIME PERIODS
   |                                         | UNDER SPEEDY TRIAL ACT;
14 | EDWIN MALO-VERGERA,                     | FINDINGS AND ORDER
   | aka Edwin Malo-Flores,                  |
15 | aka Edwin Malo,                         |
16 | JOSE JUNEZ-RAMIREZ, SR.,                |
   | aka Jose Junez, and                     |
17 | AURELIO RUBEN-BULGIN,                   |
   | aka Rubin Bulgin,                       |
18 |                                         |
   |                         Defendants,     |
19

20
                              **STIPULATION**
21

22      Plaintiff United States of America, by and through its counsel of record, and defendants, by

23 and through their counsel of record, hereby stipulate as follows:

24      1.    By previous order, this matter was set for a status conference on October 3, 2013 at

25 9:00 a.m.

26      2.    By this stipulation, the parties move to continue the status conference until November

27 21, 2013, at 9:00 a.m. and to exclude time between October 3, 2013 and November 21, 2013 under

28 Local Code T4.

                                        1

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has provided defense counsel with discovery associated with this case, which includes several law enforcement reports and audio recordings. The government recently produced additional discovery to defendants, which includes several hundreds of pages of documents and additional audio recordings.

   b. On July 10, 2013, defendant Malo-Vergera retained private counsel, who has a notice of substitution of counsel pending before the court. On July 18, 2013, defendant Junez-Ramirez appeared in magistrate court pursuant to a writ, and attorney Kyle Knapp was appointed to represent him. The government has produced discovery to these attorneys, and they need additional time to review it.

   c. Based on the foregoing, defense counsel needs additional time, taking into account the exercise of due diligence, to review the materials described above and to discuss them with their clients, and otherwise effectively prepare for the disposition of this case. Based on the Court's available calendars and the availability of the parties, the parties ask that the Court set this matter for a status conference on November 21, 2013, at 9:00 a.m. and that it find excludable time from October 3, 2013 through and including the November 21, 2013 status conference. Because of the need for additional preparation outlined above, a denial of a continuance to November 21, 2013 would deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e. Based on the above-stated findings, the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 3, 2013 to November 21, 2013 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: 10/2/2013         /s/ Michele Beckwith
                         MICHELE BECKWITH
                         Assistant U.S. Attorney

DATED:  10/2/2013        /s/  David Bonilla
                         DAVID BONILLA
                         Counsel for Edwin Malo-Vergera

DATED:  10/2/2013        /s/  Jennifer J. Wirsching
                         JENNIFER J. WIRSCHING
                         Counsel for Aurelio Rubin-Bulgin

DATED:  10/2/2013        /s/  Kyle Knapp
                         KYLE KNAPP
                         Counsel for Jose Junez-Ramirez

**O R D E R**

IT IS SO ORDERED.

Dated:  October 2, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT